UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Western Division

| | |
|---|---|
| In Re:<br><br>ERIC J. TOYE<br><br>Debtor(s)<br>JOSEPH D. OLSEN, Trustee of the Estate of Eric J. Toye<br><br>Plaintiff(s)<br>BLACKHAWK BANK, et al.<br><br>Defendant(s) | BK No.: 22-80344<br><br>Chapter: 7<br><br>Honorable Thomas M. Lynch<br><br>Adv. No.: 22-96014 |

## ORDER GRANTING MOTION FOR FINDING OF DEFAULT AGAINST ERIC J. TOYE

THIS MATTER having come before the Court upon a Motion by the Plaintiff, proper notice having been sent, the Court being advised that the Defendant is not active in any military service, and the Court being fully advised:

THE COURT HEREBY FINDS:

A.   The Defendant Eric J. Toye was properly served with a Summons in this matter.
B.   The Defendant Eric J. Toye has not appeared, nor filed any responsive pleading and, therefore, is in default.

IT IS THEREBY ORDERED:

1.   The Plaintiff's Motion for Entry of Default is granted.
2.   The Defendant Eric J. Toye is in default for failure to file an answer or responsive pleading.

Enter:

*Thomas M. Lynch* (signature)

Honorable Thomas M. Lynch
United States Bankruptcy Judge

Dated:  April 24, 2023

**Prepared by:**

Brian A. Hart, Attorney at Law
5702 Elaine Dr., Suite 204, Rockford, IL  61108-2475
(815) 708-0234 | Brian@rockfordbankruptcy.com

Rev: 20170308_apo