UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Western Division

| | |
|---|---|
| In Re:<br><br>ERIC J. TOYE<br><br>Debtor(s)<br><br>JOSEPH D. OLSEN,<br>Trustee of the Estate of Eric J. Toye<br><br>Plaintiff(s)<br><br>BLACKHAWK BANK, et al.<br><br>Defendant(s) | BK No.: 22-80344<br><br>Chapter: 7<br><br>Honorable Thomas M. Lynch<br><br>Adv. No.: 22-96014 |

**ORDER GRANTING MOTION FOR ENTRY OF DEFAULT JUDGMENT
AGAINST ERIC J. TOYE**

THIS MATTER having come before the Court upon a Motion for Entry of Default Judgment by the Plaintiff, proper notice having been sent, and the Court being fully advised:

IT IS THEREBY ORDERED:

1. The Plaintiff's Motion for Entry of Default Judgment is granted.
2. A separate Default Judgment against Defendant Eric J. Toye will enter.

Enter:

*/s/ Thomas M. Lynch*

Honorable Thomas M. Lynch
United States Bankruptcy Judge

Dated:  April 24, 2023

**Prepared by:**

Brian A. Hart, Attorney at Law
5702 Elaine Dr., Suite 204, Rockford, IL  61108-2458
(815) 708-0234 | Brian@rockfordbankruptcy.com