UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Western Division

| | | | |
|---|---|---|---|
| In Re:<br>ERIC J. TOYE, | | ) | BK No.: 22-80344 |
| | | ) | |
| | | ) | Chapter: 7 |
| | | ) | |
| | | ) | Honorable Thomas M. Lynch |
| | | ) | |
| | Debtor(s) | ) | |
| Joseph Olsen, Trustee | | ) | Adv. No.: 22-96014 |
| | | ) | |
| | | ) | |
| v | Plaintiff(s) | ) | |
| | | ) | |
| | | ) | |
| Blackhawk Bank, et al. | | ) | |
| | Defendant(s) | ) | |

JUDGMENT BY DEFAULT AGAINST ERIC J. TOYE

　　Default was entered against defendant, Eric J. Toye ("Defendant") on April 24, 2023. Accordingly, judgment is now entered against the Defendant in favor of Joseph D. Olsen, not in his individual capacity but as Trustee of the Bankruptcy Estate of Eric J. Toye such that the lien held by the Defendant as evidenced by the Memorandum of Judgment dated November 3, 2021, and recorded March 14, 2022, as Document No. 2022008070 of the Winnebago County Recorder's Office against the real property known as 6574 Tipperary Trail, Roscoe, Illinois, is hereby avoided.

　　　　　　　　　　　　　　　　　　　　Enter: *[signature: Thomas M. Lynch]*

　　　　　　　　　　　　　　　　　　　　Honorable Thomas M. Lynch
　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

Dated: April 24, 2023